IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT MARTINEZ BRIBIESCA,

    Plaintiff,                      No. CIV S-08-2244 EFB P

    vs.

DERMOT GIVENS,

    Defendant.                    ORDER

        Plaintiff, a state prisoner without counsel, has filed a civil rights action. *See* 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

        Plaintiff alleges a violation of his civil rights in Coalinga, California. Coalinga is in the County of Fresno. Therefore, this action should have been commenced in the Fresno Division of this court. *See* Local Rule 3-120(d). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

        Accordingly, it is hereby ordered that:

        1. This action is transferred to the Fresno Division.

        2. The Clerk of Court shall assign a new case number.

/////

/////

1

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: October 16, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2